NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**IN RE RAMBUS INC.**

———————————

2013-1087

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Reexamination Nos. 95/001,108 and 95/001,154.

---------------------------------------------------------------------

**IN RE RAMBUS INC.**

———————————

2013-1224, -1228

———————————

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Reexamination Nos. 95/001,106, 95/001,107, 95/001,131, and 95/001,132.

---------------------------------------------------------------------

**IN RE RAMBUS INC.**

———————————

2013-1339

———————————

2                                                    IN RE RAMBUS INC.

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Reexamination Nos. 95/000,178 and 95/001,152.

————————————

## ON MOTION

————————————

## O R D E R

Rambus Inc. moves without opposition to withdraw the above-captioned appeals.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions to withdraw these appeals are granted. The appeals are dismissed.

(2) Each side shall bear its own costs.

(3) All other pending motions are denied as moot.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s21


ISSUED AS A MANDATE: April 14, 2014